UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNI ARNEY, et al.,

          Plaintiffs,

    v.

TRANSDEV SERVICES, INC., et al.,

          Defendants.

Case No.  3:23-cv-02287-JD

**ORDER TO SHOW CAUSE**

On August 24, 2023, the Court held a regularly noticed case management conference in this case.  None of the parties filed a joint case management statement as required by our District's local rules and the Court's standing orders.  None of the parties appeared at the conference.  The absences were unexcused.

These defaults unfairly burden the Court, and needlessly multiply the proceedings in this case.  Counsel of record Anthony Nunes and Olga Savage are directed to show cause in writing why the Court should not impose monetary sanctions for the defaults, and refer them to the Standing Committee on Professional Conduct for further disciplinary proceedings.  Attorney Nunes is further directed to show cause why the case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute.  The responses to the order must be filed no later than August 31, 2023.

**IT IS SO ORDERED.**

Dated:  August 24, 2023

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California